Case 5:22-cv-00702-JKP   Document 25   Filed 10/26/22   Page 1 of 1

**FILED**
October 26, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Breanna Coldewey
DEPUTY

**SA22-CV-00702-JKP**

**Magda Muzza**

**From:** Dagoberto Garcia
**Sent:** Tuesday, October 25, 2022 11:16 AM
**To:** Magda Muzza; Valeria Sandoval
**Cc:**
**Subject:** Re: Case No. SA-22-CV-00702-JKP

**CAUTION - EXTERNAL:**

Good afternoon,

My name is Roger Herrera III and I am emailing you on this 25th of October to inform you that my probate attorney Burke C Marold, on behalf of Marold Law Firm, has requested that I drop my claim in this federal Case (SA-22-CV-00702-JKP) in order to continue with our probate case (2022-PC-02989) in Bexar County.

Thank you very much for your assistance in this matter,

Roger Herrera III

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.